IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLIANCE FINANCIAL CAPITAL, INC.,** | : | **CIVIL ACTION NO. 1:07-CV-0944** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **AHOLD FINANCIAL SERVICES, LLC** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 12th day of July, 2007, upon consideration of the motion to dismiss the original complaint (Doc. 6), and it appearing that plaintiffs have filed an amended complaint (Doc. 9), and that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that the motion to dismiss the original complaint (Doc. 6) is DENIED as moot.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge